United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| JULIO CESAR RUIZ, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00827 |
| TODD M. LYONS, *et al.,* | § | |
|    "Respondents." | § | |
| | § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 2) and "Ex Parte Motion for Temporary Restraining Order" ("TRO") (Dkt. No. 4). It is **ORDERED** that Respondents shall file a response to Petitioner's Petition and TRO by **August 21, 2026 at 5:00 p.m. CST**.

SIGNED this August 10, 2026

_____
Rolando Olvera
United States District Judge