United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JULIO CESAR RUIZ MEDINA<br>"Petitioner," | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00827 |
| TODD M. LYONS, *et. al.*,<br>"Respondents." | § | |
| | § | |

## ORDER

Before this Court are Petitioner's "Motion for Writ of Habeas Corpus" (Dkt. No. 2) ("Petition"), "Ex-Parte Petition for Temporary Restraining Order and Order to Show Cause" (Dkt. No. 4) ("TRO"), and the Government's "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss for Lack of Jurisdiction" (Dkt. No. 7) ("MTD").

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner notifies the Court that Petitioner's Petition is now moot. *See* Dkt. No. 9. Because there is no longer a live case or controversy for this Court to resolve, Petitioner's Petition (Dkt. No. 2) and TRO (Dkt. No. 4) are **DISMISSED** sua sponte. The Government's MTD (Dkt. No. 7) is also **DISMISSED** sua sponte. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 26, 2026

Rolando Olvera
United States District Judge